AO 91 (Rev. 11/11)  Criminal Complaint   ORIGINAL

# UNITED STATES DISTRICT COURT
для the
Eastern District of Texas

FILED
OCT 1 2015
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:15-CR-18 |
| ROBERTO HERNANDEZ (01) | ) | |
| CARLOS SUYI-RODRIGUEZ (02) | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 24, 2015  in the county of  Bowie  in the Eastern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1029 | Fraud and related activity in connection with access devices |
| 18 U.S.C. 371 | Conspiracy |
| 18 U.S.C. 2 | Aiding and abetting |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Brad Schley, United States Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/01/2015

*Judge's signature*

City and state: Texarkana, Texas    Honorable Caroline Craven, U.S. Magistrate Judge
*Printed name and title*